# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00315-DFM | Date: | June 28, 2022 |
|---|---|---|---|
| Title | Yeong Lee v. Duc Tran et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |
|---|---|

On February 28, 2022, Plaintiff filed a civil rights complaint against Defendant Duc Tran, as trustee of the MDRLL Trust. See Dkt. 1. Three months have passed and there is no record that Plaintiff has properly served the Defendant.

"If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id. Plaintiff has the responsibility to respond promptly to orders and to prosecute the action diligently. See Fed. R. Civ. P. 1.

Plaintiff is ordered to show cause in writing no later than July 13, 2022, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the proof of service of summons and complaint as to all defendants as an appropriate response to this order. Failure to respond to this order will result in dismissal of this action.