# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 22-00315-DFM | Date: August 3, 2022 |
| Title Yeong Lee v. Duc Tran et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Court Reporter |
| Deputy Clerk | | Not Present |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On February 28, 2022, Plaintiff filed a civil rights complaint against Defendant Duc Tran, as trustee of the MDRLL Trust. See Dkt. 1. On June 28, the Court noted that Defendant had not been served and ordered Plaintiff to show cause as to why this action should not be dismissed for lack of prosecution. See Dkt. 7. In response, Plaintiff filed a proof of service on June 30. See Dkt. 8.

Defendant's answer to the complaint was due on July 21. See Fed. R. Civ. P. 12(a)(1). Nothing has been filed. It is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is again ordered to show cause within fourteen (14) days as to why this action should not be dismissed for lack of prosecution. The Court will consider Plaintiff's filing of a motion for entry of default judgment on Defendant as a satisfactory response. Failure to respond to this order will result in dismissal of this action.