SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
YEONG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>DUC TRAN, AS TRUSTEE OF THE MDRLL TRUST; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 8:22-cv-00315-DFM**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Yeong Lee ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: August 17, 2022                 **SO. CAL EQUAL ACCESS GROUP**


                                        _/s/ Jason J. Kim_
                                        JASON J. KIM
                                        Attorney for Plaintiff